Decided November 20, 1996

## STATE OF CONNECTICUT *v.* JOHN R. PLUMMER

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 901 (AC 15467), is denied.

*Dennis F. O'Toole,* assistant public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided November 20, 1996